IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERNEST PRIOVOLOS,  :  <br>    Plaintiff,         : <br>                     : <br>    v.               :   CIVIL ACTION NO. 25-CV-2155 <br>                     : <br> MONTGOMERY COUNTY DISTRICT, : <br> ATTORNEY OFFICE OF   : <br> PENNSYLVANIA, *et al.*, : <br>    Defendants.      : | |

## ORDER

**AND NOW**, this 30th day of June, 2025, upon consideration of Plaintiff Ernest Priovolos's *pro se* Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* (ECF No. 1) is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. Priovolos's Complaint (ECF No. 2) is **DISMISSED**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), as barred by claim preclusion and for failure to state a claim.  To the extent Priovolos raises new claims challenging his convictions that are not barred by claim preclusion, those claims are **DISMISSED WITHOUT PREJUDICE** subject to Priovolos filing a new civil rights action **ONLY** in the event his convictions are first invalidated.

4. Priovolos's Motion to Compel (ECF No. 4) is **DENIED as moot**.

5. The Clerk of Court shall **CLOSE** this case.

                                                 /s/ Gerald Austin McHugh
                                                 United States District Judge